IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                  PLAINTIFF

v.                     No. 4:19-cv-913-DPM

RICHARD D. TAYLOR, United States Bankruptcy
Judge; and MARK T. MCCARTY, Trustee        DEFENDANTS

## JUDGMENT

Marshall's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2020