IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                               PLAINTIFF

v.                              No. 4:19-cv-913-DPM

RICHARD D. TAYLOR, United States Bankruptcy
Judge; and MARK T. MCCARTY, Trustee                           DEFENDANTS

ORDER

1. On 8 October 2020, the Bankruptcy Court denied Marshall's motion to reopen her case. *Doc. 7 at 7*. Pursuant to Bankruptcy Rule 8002(a), Marshall had fourteen days to file a timely notice of appeal. She attempted to do so by filing one in this Court on 22 October 2020. *Doc. 7 at 3*. The Clerk returned the document with instructions to file the notice with the Bankruptcy Court. *Doc. 7 at 4*.

2. Marshall again tried to file an appeal by filing a document entitled "Complaint No. 2" with this Court on 2 November 2020 wherein she states her goal is to "amend Notice of Appeal of October 22, 2020." *Doc. 7 at 1-2*. The Clerk filed the paper as an amended complaint; however this case is closed.

3. Pursuant to Bankruptcy Rule 8002(a)(4), the Court directs the Clerk to transfer Marshall's notice of appeal and accompanying documents, *Doc. 7*, to the Bankruptcy Court of the Eastern District of

Arkansas. The Court makes no finding about whether the notice's contents meet the requirements of Bankruptcy Rule 8003(a)(3).

4. The Court directs the Clerk to modify the docket: *Doc. 7* should be a "Notice of Filing".

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2020

Arkansas. The Court makes no finding about whether the notice's contents meet the requirements of Bankruptcy Rule 8003(a)(3).

4. The Court directs the Clerk to modify the docket: *Doc. 7* should be a "Notice of Filing".

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2020