IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                          PLAINTIFF

v.                            No. 4:19-cv-913-DPM

RICHARD D. TAYLOR, United States Bankruptcy
Judge;  and MARK T. MCCARTY, Trustee          DEFENDANTS

## ORDER

Marshall's motion to clarify, *Doc. 21,* is denied without prejudice.  First, this case is over and done with;  all filings should be in the new case.  No. 4:20-cv-1373-DPM.  Second, the Court will consider the timeliness of Marshall's appeal when it decides the new case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2021